PROB 12C
(6/16)

Report Date: September 11, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robby Joe Wahrer              Case Number: 0980 2:14CR00124-TOR-6

Address of Offender: ▇▇▇▇▇

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 20, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Interstate Transportation in Aid of Racketeering, 18 U.S.C. § 1952(a)(2) | | |
| Original Sentence: | Prison - 120 Months; TSR - 60 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: | April 21, 2023 |
| Defense Attorney: | Christian J. Phelps | Date Supervision Expires: | April 20, 2028 |

## PETITIONING THE COURT

**To issue a WARRANT.**

On April 21, 2023, Mr. Robby Wahrer signed his conditions relative to case number 2:14CR00124-SMJ-6, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Robby Wahrer is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on a daily basis occurring between September 1 and 5, 2023, based on both urinalysis testing and the client's admission of such use. |
| | Specifically, on September 6, 2023, at 10:44 a.m., the undersigned officer attempted contact with the client in an effort to direct him to report to the U.S. Probation Office for random urinalysis testing. The undersigned officer attempted to leave Mr. Wahrer a voice mail, but received a message indicating his voice mailbox had not been set up. Mr. Wahrer was then sent a text message directing him to report to the U.S. Probation Office prior to 4 p.m. on the day in question. |

Prob12C
Re: Wahrer, Robby Joe
September 11, 2023
Page 2

Approximately 30 minutes later, after not receiving a response from Mr. Wahrer, the undersigned officer contacted the client's girlfriend and sponsor who communicated that the client was having difficulty with his phone, but committed to assisting the client with reporting to the U.S. Probation Office upon her arrival home from work.

At approximately 4 p.m., Mr. Wahrer reported as directed and indicated prior to submitting to urinalysis testing that he had in fact relapsed on methamphetamine, previously occurring on or about September 1, and then occurring on a daily basis through September 5, 2023. Mr. Wahrer did sign a drug use admission form serving to document his use, and ultimately indicated that he was unable to provide a sample for testing. Mr. Wahrer indicated he assumed that this officer would not request a sample from him following his admission.

On September 7, 2023, at 9:35 a.m., Mr. Wahrer did again report to the U.S. Probation Office as directed, and provided a urinalysis sample that reflected presumptive positive for methamphetamine, consistent with his previous admission.

2    **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Wahrer is alleged to have violated standard condition number 6 by moving from his previous residency, occurring on or about August 20, 2023, and subsequently failing to advise the undersigned officer as to the change or his current living arrangement.

Specifically, on September 11, 2023, the undersigned officer engaged in a text message exchange with the client's girlfriend and sponsor who indicated that she and the client had been having ongoing difficulties and as a result, she had directed him to leave their place of residency, as previously occurring on or about August 20, 2023. The contact advised that she did not know where the client had been staying and he had not been back since, other then briefly the day prior. At no time has the client indicated to the undersigned officer that he had experienced a change in his living arrangements.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 11, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Wahrer, Robby Joe
September 11, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_Thomas O. Rice_
Thomas O. Rice
United States District Judge

September 12, 2023
Date