PROB 12C
(6/16)

Report Date: October 23, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robby Joe Wahrer | Case Number: 0980 2:14CR00124-TOR-6 |
| Address of Offender: ███████████ | Spokane, Washington 99260 |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 20, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Interstate Transportation in Aid of Racketeering, 18 U.S.C. § 1952(a)(2) | | |
| Original Sentence: | Prison - 120 Months<br>TSR - 60 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | April 21, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | April 20, 2028 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/11/2023, and 09/26/2023.

On April 21, 2023, Mr. Robby Wahrer signed his conditions relative to case number 2:14CR00124-TOR-6, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Wahrer violated mandatory condition number 2 by committing the offense of Possession of a Controlled Substance with Intent to Deliver, in violation of R.C.W. 69.50.401 BF, on or about October 23, 2023.<br><br>According to Spokane County Sheriff incident report number 2023-10159836, on or about October 23, 2023, a deputy on patrol in Spokane, Washington, observed an individual operating a motorcycle that did not appear to have a license plate. When the motorcycle pulled into a parking lot, the deputy followed him and activated the lights on his vehicle to initiate a traffic stop. As the deputy exited his vehicle to initiate contact, the driver looked at him and then proceeded to accelerate. The driver subsequently crashed into a brick wall, fell to the ground, and then stood up facing away from officer. Based on his behavior, the deputy believed he was planning to flee on foot. In response, he commanded that the driver |

Prob12C
Re: Wahrer, Robby Joe
October 23, 2023
Page 2

stop and get to the ground, to which he complied. The driver was thereafter detained and was identified as Mr. Wahrer. After he was identified, the deputy became aware of his outstanding federal warrant.

During a search of Mr. Wahrer's backpack, deputies recovered 155.4 grams of a crystal-like substance in plastic bags, which later tested presumptive positive for methamphetamine. In addition, there were approximately 3,500 suspected fentanyl pills, as well as 22.2 grams of a dark substance that later tested presumptive positive for heroin. Further, deputies discovered 83.9 grams of a white powdery substance in plastic bags. Based on the deputy's training and experience, he believed the white powdery substance to be cocaine; however, the substance was not tested due to concerns for potential fentanyl exposure.

In addition to the above-referenced controlled substances, officers recovered $2,119 in cash from the pocket of the offender's jacket, as well as 19 zip-lock bags and 25 mini liquor bottles from his backpack. He was also in possession of two cell phones.

Based on the above information, it was determined that probable cause existed to arrest the offender for four counts of possession of a controlled substance with intent to deliver. Mr. Wahrer was thereafter arrested and taken into custody. He was also booked on the outstanding federal warrant. It should be noted, he was also cited for fail to yield to emergency vehicle and no motorcycle endorsement, Spokane Country District Court case number 3A0735788.

Upon arriving at the jail, Mr. Wahrer informed deputies that he had methamphetamine in one of his pockets, which was retrieved by jail staff.

As of this writing, state charges have not been filed.

7 **Mandatory Condition #3:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence:** The offender is alleged to have violated mandatory condition number 3, by possessing controlled substances, methamphetamine, heroin, cocaine, and fentanyl, on or about October 23, 2023.

As noted in violation number 6, Spokane County Sheriff's officers recovered suspected methamphetamine, heroin, cocaine and fentanyl during a search of the offender's backpack on October 23, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Wahrer, Robby Joe
October 23, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 23, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [✓] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

October 23, 2023
Date