PROB 12C
(6/16)

Report Date: September 26, 2023

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robby Joe Wahrer                              Case Number: 0980 2:14CR00124-TOR-6

Address of Offender: ■

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 20, 2016

| | | |
|---|---|---|
| Original Offense: | Interstate Transportation in Aid of Racketeering, 18 U.S.C. § 1952(a)(2) | |
| Original Sentence: | Prison - 120 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: April 21, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 20, 2028 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/11/2023.

On April 21, 2023, Mr. Robby Wahrer signed his conditions relative to case number 2:14CR00124-TOR-6, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |
| | **Supporting Evidence**: Mr. Wahrer is alleged to have violated standard condition number 2 by failing to report as previously directed by the undersigned officer on September 25, 2023. |
| | Specifically, on September 25, 2023, the undersigned officer received a text message from Mr. Wahrer, from a number he had not previously disclosed to the undersigned officer. In the text message, Mr. Wahrer indicated, in part, that he was working in Coeur d'Alene, Idaho. In response, Mr. Wahrer was directed to report to the U.S. Probation Office in Spokane, prior to 3 p.m., due to ongoing concern regarding his lack of contact with the U.S. Probation Office and his previous failure to report for urinalysis testing on September 13, 2023. |

Prob12C
Re: Wahrer, Robby Joe
September 26, 2023
Page 2

Mr. Wahrer subsequently responded, "I'm not going to make it in today" and further stated that there were some things that he needed to speak with this officer about and he promised to report the following day. Mr. Wahrer subsequently failed to report as directed on the day in question.

4  **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Wahrer is alleged to have violated standard condition number 6 by failing to advise the undersigned officer of a change in employment, previously occurring on or about September 11, 2023.

Specifically, and as the Court may recall, Mr. Wahrer had been previously employed with Speciality Group in Spokane. As the Court may further recall, and as outlined in the violation report dated September 11, 2023, Mr. Wahrer was the victim of a shooting that occurred on August 20, 2023. Following the shooting, Mr. Wahrer relayed that due to the shooting, he had taken a medical leave of absence, but had planned to return to employment as soon as he was physically able to and after he was released by his doctor. Mr. Wahrer had previously stated to the undersigned officer, during his report to the U.S. Probation Office on September 11, 2023, that he had planned to return to work with Specialty Group that day.

On September 12 and 25, 2023, both the human resource manager and the company general manager, who oversees the department in which the client was employed, were contacted, respectively, for the purpose of verifying employment. Both parties confirmed that the client had previously provided the company with a medical clearance to return to work on September 11, 2023, but then had not done so. Both parties further indicated the client had not worked for the company since mid August, with the company general manager indicating that at this time he would not be accepted back for the purpose of employment.

Mr. Wahrer has at no time indicated his separation from his previously stated place of employment, and it is further believed it was this company whom the client had implied that he was working within his text message from September 25, 2023, in which he alleged to be working in Coeur d'Alene, Idaho. Mr. Wahrer has at no time advised the undersigned officer of additional employment.

5  **Special Condition #16**: Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider. Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Wahrer is alleged to have violated special condition number 16 by failing to report for urinalysis testing with the contract provider on September 13, 2023, when his assigned color was called.

Specifically, on September 14, 2023, the undersigned officer received the urinalysis testing results from the contract provider for September 13, 2023, in which the client's assigned color had been called, and in which the client was documented to have failed to report for

Prob12C
Re: Wahrer, Robby Joe
September 26, 2023
Page 3

testing. Mr. Wahrer had been previously advised of the process for random urinalysis testing with the contract provider, and he was directed to both call in and report to the provider for urinalysis testing on the day in which his assigned color was called.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 26, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

September 26, 2023

Date